```
1  LEONARDO M. RAPADAS
   United States Attorney
2  KURT E. GRUNAWALT
   Special Assistant U.S. Attorney
3  Sirena Plaza, Suite 500
   108 Hernan Cortez Avenue
4  Hagåtña, Guam 96910
   PHONE: (671) 472-7332
5  FAX: (671) 472-7334
6  Attorneys for the United States of America
```

**FILED**
DISTRICT COURT OF GUAM
JUL 0 3 2008
JEANNE G. QUINATA
Clerk of Court

### IN THE UNITED STATES DISTRICT COURT
### FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 08-00034 |
| Plaintiff, | **INFORMATION** |
| | **DRIVING UNDER THE INFLUENCE OF ALCOHOL (BAC)** |
| vs. | [16 GCA 18102(b) and 18 U.S.C. §§ 7(3) and 13] (Count 1) |
| | **DRIVING UNDER THE INFLUENCE OF ALCOHOL** |
| TERESA MARIE CLAAR, | [16 GCA 18102(a) and 18 U.S.C. §§ 7(3) and 13] (Count 2) |
| Defendant. | |

THE UNITED STATES ATTORNEY CHARGES:

**COUNT I - DRIVING UNDER THE INFLUENCE OF ALCOHOL (BAC)**

On or about May 7, 2008, in the District of Guam, the defendant, TERESA MARIE CLAAR, at Andersen Air Force Base, on land acquired for the use of the United States, and under the exclusive jurisdiction thereof, did operate or was in physical control of a motor vehicle while she had 0.08% or more, by weight, of alcohol in her blood, in violation of 16 Guam Code Annotated, Section 18102(b) (as enacted on June 22, 1993, Public Law 22-20), and Title 18, United States Code, Sections 7(3) and 13.

//
//
//

## COUNT II - DRIVING UNDER THE INFLUENCE OF ALCOHOL

On or about May 7, 2008, in the District of Guam, the defendant, TERESA MARIE CLAAR, at Andersen Air Force Base, on land acquired for the use of the United States, and under the exclusive jurisdiction thereof, did operate or was in physical control of a motor vehicle while under the influence of alcohol, in violation of 16 Guam Code Annotated, Section 18102(a) (as enacted on June 22, 1993, Public Law 22-20), and Title 18, United States Code, Sections 7(3) and 13.

DATED this 3rd day of July, 2008.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: *[signature]*
KURT E. GRUNAWALT
Special Assistant U.S. Attorney