# Criminal Case Cover Sheet U.S. District Court

**Place of Offense:**

City ___Hagåtña___

Country/Parish ___N/A___

**Related Case Information:**

Superseding Information _____ Docket Number __08-00034__
Same Defendant _____ New Defendant __X__
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes ___ No __X__   Matter to be sealed: ___ Yes __X__ No

Defendant Name ___Teresa Marie Claar___

Allisas Name _____

Address _____

___Yigo, Guam___

Birth date __XX/XX/1945__ SS# __XXX-XX-2541__ Sex __F__ Race __W__ Nationality __US__

**U.S. Attorney Information:**

SAUSA __Kurt E. Grunawalt__

Interpreter: __X__ No ___ Yes       List language and/or dialect: _____

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: __2__        ___ Petty __X__ Misdemeanor ___ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 | 16 GCA 18102(b) and 18 U.S.C. §§ 7(3) and 13 | DRIVING UNDER THE INFLUENCE OF ALCOHOL (BAC) | 1 |
| Set 2 | 16 GCA 18102(a) and 18 U.S.C. §§ 7(3) and 13 | DRIVING UNDER THE INFLUENCE OF ALCOHOL | 2 |
| Set 3 | | | |

Date: __3 JUL 08__   Signature of SAUSA: _____

RECEIVED JUL 0 3 2008 DISTRICT COURT OF GUAM HAGATNA, GUAM