FILED
DISTRICT COURT OF GUAM

JUL 0 3 2008

JEANNE G. QUINATA
Clerk of Court

LEONARDO M. RAPADAS
United States Attorney
KURT E. GRUNAWALT
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez
Hagåtña, Guam 96910-5113
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 08-00034 |
| Plaintiff, ) | UNITED STATES' REQUEST FOR ISSUANCE OF SUMMONS |
| vs. ) | |
| TERESA MARIE CLAAR, ) | |
| Defendant. ) | |

COMES NOW the United States of America, by and through Special Assistant United States Attorney Kurt E. Grunawalt, and moves this Honorable Court to issue a Summons for the above-named defendant, on the grounds that the United States has this day filed an Information against said defendant, charging her with misdemeanor crimes involving Driving Under the Influence of Alcohol (BAC), in violation 16 Guam Code Annotated, Section 18102(b) (as enacted on June 22, 1993, Public Law 22-20), and Title 18, United States Code, Sections 7(3), and Driving Under the Influence of Alcohol, in violation 16 Guam Code Annotated, Section 18102(a) (as enacted on June 22, 1993, Public Law 22-20), and Title 18, United States Code, Sections 7(3).

//
//
//

The United States has probable cause to believe that the above-named defendant has committed the crimes charged in said Information.

RESPECTFULLY SUBMITTED this 3rd day of July, 2008.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

By: *[signature]*
KURT E. GRUNAWALT
Special Assistant U.S. Attorney