AO83 (Rev. 10/03) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF     GUAM

| UNITED STATES OF AMERICA<br>V.<br><br>**TERESA MARIE CLAAR**<br><br>(Name and Address of Defendant) | **SUMMONS IN A CRIMINAL CASE**<br><br>Case Number:    CR-08-00034-001 |
|---|---|

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place<br>**District Court of Guam**<br>3rd Floor, U.S. Courthouse<br>520 West Soledad Avenue<br>Before:    **HONORABLE JOAQUIN V. E. MANIBUSAN, JR.** | Room<br>      302 |
|---|---|
| | Date and Time<br>**Tuesday, July 15, 2008 at 9:45 a.m.** |

To answer a(n)
☐ Indictment    **X** Information    ☐ Complaint    ☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice

Charging you with a violation of Title _____ United States Code, Section(s) _____

Brief description of offense:

Driving Under the Influence of Alcohol (BAC), 16 GCA 18102(b) and 18 USC §§ 7(3) and 13, Count 1

Driving Under the Influence of Alcohol, 16 GCA 18102(A) and 18 USC §§ 7(3) and 13, Count 2

**RECEIVED**
JUL   2008
US MARSHALS SERVICE-GUAM

**FILED**
DISTRICT COURT OF GUAM
JUL 09 2008
JEANNE G. QUINATA
Clerk of Court

ORIGINAL

_Marilyn B. Alcon_ (signature)

| MARILYN B. ALCON; Deputy Clerk<br>Name and Title of Issuing Officer | Signature of Issuing Officer |
|---|---|

**July 3, 2008**
Date

AO83 (Rev. 10/03) Summons in a Criminal Case

| RETURN OF SERVICE |
|---|

Service was made by me on:[1]   Date  7/7/08

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at: USMS Office, Hagatna, Guam

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on  7/7/08
Date

_____
Name of United States Marshal

_____
(by) Deputy United States Marshal

Remarks:

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.