# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# INITIAL APPEARANCE

CASE NO.: CR-08-00034　　　　　　　　　　　　DATE: July 15, 2008

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Geraldine A. Cepeda　　　　Court Reporter: Carmen B. Santos
Courtroom Deputy: Walter M. Tenorio　　Electronically Recorded: 9:46:50 - 10:02:25

**APPEARANCES:**
Defendant: Teresa Marie Claar　　　　　　Attorney: Julie Rivera
☑ Present ☐ Custody ☐ Bond ☐ P.R.　　　☑ Present ☑ Retained ☐ FPD ☐ CJA
U.S. Attorney: Ryan Anderson　　　　　　U.S. Agent:
U.S. Probation: Carleen Borja
Interpreter:　　　　　　　　　　　　　　Language:

**PROCEEDINGS:**
- Julie Rivera appeared as retained counsel.
- Defendant waives reading of Information.
- Defendant waives her right to trial, judgment and sentencing by a district judge and consents to proceed before the U.S. Magistrate Judge.
- Defendant sworn and examined.
- Defendant arraigned and advised of her rights, charges and penalties.
- Plea entered: Not guilty
- Defense request that the defendant be allowed to relocate and that condition (i) of the release conditions be removed granted.
- Trial Scheduling Order executed.
- Trial set for September 15, 2008 at 9:30 a.m
- Defendant released.

NOTES: