Louie J. Yanza
**MAHER • YANZA • FLYNN • TIMBLIN, LLP**
115 Hesler Place, Ground Floor
Governor Joseph Flores Building
Hagatña, Guam 96910-5004
Telephone: (671) 477 7059
Facsimile: (671) 472-5487

Attorney for Defendant
TERESA M. CLAAR

FILED
DISTRICT COURT OF GUAM
SEP 0 2 2008
JEANNE G. QUINATA
Clerk of Court

# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 08-00034 |
| Plaintiff, | |
| vs. | DEFENDANT TERESA CLAAR'S WITNESS LIST; CERTIFICATE OF SERVICE |
| TERESA MARIE CLAAR, | |
| Defendant. | |

Defendant TERESA CLAAR ("CLAAR"), through counsel, MAHER • YANZA • FLYNN • TIMBLIN, LLP, by Louie J. Yanza, hereby submits her witness list for trial in the above-entitled action as follows:

1. **HARRY CLAAR** –Pahrump, Nevada

2. **CHERRYE P. HALL** – Andersen Elementary School, Andersen Air Force Base, Yigo, Guam

3. **CLAIRE BRINKMAN** – Andersen Elementary School, Andersen Air Force Base, Yigo, Guam

4. **ROSEMARY HENDRY** – Andersen Elementary School, Andersen Air Force Base, Yigo, Guam

ORIGINAL

4. **ROSEMARY HENDRY** -- Andersen Elementary School, Andersen Air Force Base, Yigo, Guam

This witness list is not intended to be a complete list of all witnesses to be called at trial, as Defendant CLAAR reserves her right to call any rebuttal witnesses in addition to any and all persons noted in any reports and documents provided to date by the United States pursuant to discovery, witnesses demonstrated or revealed during trial, and to amend his witness list.

Dated this 2nd day of September, 2008.

MAHER • YANZA • FLYNN • TIMBLIN, LLP
Attorneys for Defendant
**TERESA CLAAR**

BY: _____
LOUIE J. YANZA

# CERTIFICATE OF SERVICE

I, LOUIE J. YANZA, hereby certify that on the 2nd day of September, 2008, I caused a copy of the foregoing and annexed **DEFENDANT TERESA CLAAR'S WITNESS LIST; CERTIFICATE OF SERVICE** to be served upon the parties hereto, by delivering and leaving a copy of same at the offices of their attorneys of record, as follows:

> Mr. Kurt E. Grunawalt
> Special Assistant United States Attorney
> **OFFICE OF THE UNITED STATES ATTORNEY**
> 108 Hernan Cortes, Suite 500
> Hagatña, Guam 96910
> Counsel for the United States of America

Respectfully submitted this 2nd day of September, 2008.

MAHER • YANZA • FLYNN • TIMBLIN, LLP
Attorneys for Defendant
**TERESA CLAAR**

By: _____
LOUIE J. YANZA