Louie J. Yanza
**MAHER • YANZA • FLYNN • TIMBLIN, LLP**
115 Hesler Place, Ground Floor
Governor Joseph Flores Building
Hagåtña, Guam 96910-5004
Telephone: (671) 477 7059
Facsimile: (671) 472-5487

Attorney for Defendant
TERESA M. CLAAR

FILED
DISTRICT COURT OF GUAM
SEP 0 4 2008
JEANNE G. QUINATA
Clerk of Court

# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF GUAM

| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. 08-00034 |
|---|---|
| Plaintiff, | ) |
| vs. | ) DECLARATION OF JULIE C. RIVERA RE: FILING OF FACSIMILE COPY OF CONSENT TO APPEAR THROUGH COUNSEL; CERTIFICATE OF SERVICE |
| TERESA MARIE CLAAR, | ) |
| Defendant. | ) |

I, JULIE C. RIVERA, hereby declare and state, as follows:

1. I make this declaration on personal knowledge of the facts herein contained, and am competent to testify if called upon as a witness at trial of the above entitled-action.

2. I am an attorney licensed to practice law within Guam and before the U.S. District Court of Guam.

3. I am an attorney with the law firm of MAHER • YANZA • FLYNN • TIMBLIN, LLP, counsel for Defendant TERESA M. CLAAR ("CLAAR").

4. On September 3, 2008, our office received, via facsimile, a **"CONSENT TO APPEAR THROUGH COUNSEL; CERTIFICATE OF SERVICE,"**

-1-

from Ms. Claar, a true and correct copy of which facsimile is attached hereto as Exhibit "A."

5. The original of the Consent to Appear Through Counsel; Certificate of Service ("Consent") is being sent by mail to be delivered to MAHER • YANZA • FLYNN • TIMBLIN, LLP.

6. Due to time constraints and distances, it has not been possible to receive the original Consent in time for the original Consent to be filed before the upcoming Pretrial Conference, currently set for September 8, 2008.

7. Upon receipt of the original Consent, our office will submit the original Consent with the Clerk of Court for filing and substitution for the attached photocopy.

I declare under the penalty of perjury under the laws of the United States of America and Guam that the foregoing is true and correct.

Executed this 4th day of September, 2008, in Hagåtña, Guam.

_____
JULIE C. RIVERA

## CERTIFICATE OF SERVICE

I, JULIE C. RIVERA, hereby certify that on the 4th day of September, 2008, I caused a copy of the foregoing and annexed **Declaration of Julie C. Rivera Re: Filing of Facsimile Copy of Consent to Appear Through Counsel; Certificate of Service** to be served upon the parties hereto, by delivering and leaving a copy of same at the offices of their attorneys of record, as follows:

> Mr. Kurt E. Grunawalt
> Special Assistant United States Attorney
> **OFFICE OF THE UNITED STATES ATTORNEY**
> 108 Hernan Cortes, Suite 500
> Hagatña, Guam 96910
> **Counsel for the United States of America**

Dated this 4th day of September, 2008.

> MAHER • YANZA • FLYNN • TIMBLIN, LLP
> Attorneys for Defendant
> **TERESA CLAAR**
>
> By: _____
> JULIE C. RIVERA

Louie J. Yanza
MAHER • YANZA • FLYNN • TIMBLIN, LLP
115 Hesler Place, Ground Floor
Governor Joseph Flores Building
Hagatna, Guam 96910-5004
Telephone: (671) 477 7059
Facsimile: (671) 472-5487

Attorney for Defendant
TERESA M. CLAAR

# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 08-00034 |
| Plaintiff, | |
| vs. | CONSENT TO APPEAR THROUGH COUNSEL; CERTIFICATE OF SERVICE |
| TERESA MARIE CLAAR, | |
| Defendant. | |

I, TERESA CLAAR, hereby authorized the law firm of MAHER • YANZA • FLYNN • TIMBLIN, LLP, to represent me and appear on my behalf, pursuant to Rule 43(b)(2) of the Federal Rules of Criminal Procedure, at any arraignment, plea, trial, or imposition of sentence in my absence.

The purpose of this Consent is to permit the law firm of MAHER • YANZA • FLYNN • TIMBLIN, LLP to act on my behalf in the above-referenced criminal case, pending before the U.S. District Court of Guam.

Dated this 3rd day of September 2008.

_____
TERESA CLAAR

-1-

Exhibit A

1  Nye County, Nevada    )   ss:

3  On this ___3rd___ day of ___September___, 2008, before me, the undersigned
4  notary, personally appeared TERESA CLAAR, the person whose name is signed on the
5  preceding or attached document, and acknowledged to me that she signed it voluntarily
6  for its stated purpose.



Notary Public

-2-