**IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES
GENERAL**

CASE NO.: CR-08-00034-001　　　　　　　　　DATE: September 08, 2008

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori　　　　　　　Court Recorder: Francine A. Diaz
Courtroom Deputy: Francine A. Diaz　　　Electronically Recorded: 9:28:03-9:33:00

**APPEARANCES:**

Defendant: Teresa Marie Claar　　　　　　Attorney: Julie Rivera
DEFENDANT NOT PRESENT　　　　　　　☑ Present ☑ Retained ☐ FPD ☐ CJA
☐ Present ☐ Custody ☐ Bond ☐ P.R.

U.S. Attorney: Kurt E. Grunawalt　　　　　U.S. Agent:
U.S. Probation: None Present
Interpreter:　　　　　　　　　　　　　　　　Language:

**PROCEEDINGS: Pretrial Conference and Hearing on All Motions**
- Defense counsel's oral request for continuance granted.
- Based on representations to the court that the parties are currently in plea discussions, the time between now and October 8, 2008 will be excluded. The Court found that the ends of justice are best served by continuing the Pretrial Conference as requested and outweighs the interest of the public and the defendant in a speedy trial.
- Pretrial Conference and Hearing on all Motions or Change of Plea hearing (if applicable) continued to: October 8, 2008 at 8:30 AM
- The September 15, 2008 jury trial is vacated.

NOTES: