Louie J. Yanza
**MAHER • YANZA • FLYNN • TIMBLIN, LLP**
115 Hesler Place, Ground Floor
Governor Joseph Flores Building
Hagatña, Guam 96910-5004
Telephone: (671) 477 7059
Facsimile: (671) 472-5487

Attorney for Defendant
TERESA M. CLAAR

**FILED**
DISTRICT COURT OF GUAM

SEP 1 1 2008

JEANNE G. QUINATA
Clerk of Court

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 08-00034 |
| Plaintiff, ) | |
| ) | CONSENT TO APPEAR THROUGH |
| vs. ) | COUNSEL; CERTIFICATE OF SERVICE |
| ) | |
| TERESA MARIE CLAAR, ) | |
| Defendant. ) | |

I, TERESA CLAAR, hereby authorized the law firm of MAHER • YANZA • FLYNN • TIMBLIN, LLP, to represent me and appear on my behalf, pursuant to Rule 43(b)(2) of the Federal Rules of Criminal Procedure, at any arraignment, plea, trial, or imposition of sentence in my absence.

The purpose of this Consent is to permit the law firm of MAHER • YANZA • FLYNN • TIMBLIN, LLP to act on my behalf in the above-referenced criminal case, pending before the U.S. District Court of Guam.

Dated this 3rd day of September, 2008.

_____
TERESA CLAAR

-1-

1 | Nye County, Nevada ) ss:
2 |
3 | On this 3rd day of September, 2008, before me, the undersigned
4 | notary, personally appeared TERESA CLAAR, the person whose name is signed on the
5 | preceding or attached document, and acknowledged to me that she signed it voluntarily
6 | for its stated purpose.



Notary Public

## CERTIFICATE OF SERVICE

I, JULIE C. RIVERA, hereby certify that on the 11th day of September, 2008, I caused a copy of the foregoing and annexed **Consent to Appear Through Counsel; Certificate of Service** to be served upon the parties hereto, by delivering and leaving a copy of same at the offices of their attorneys of record, as follows:

Mr. Kurt E. Grunawalt
Special Assistant United States Attorney
**OFFICE OF THE UNITED STATES ATTORNEY**
108 Hernan Cortes, Suite 500
Hagatña, Guam 96910
**Counsel for the United States of America**

Respectfully submitted this 11th day of September, 2008.

**MAHER • YANZA • FLYNN • TIMBLIN, LLP**
Attorneys for Defendant
**TERESA CLAAR**

By: _____
JULIE C. RIVERA

-3-

Case 1:08-cr-00034   Document 13   Filed 09/11/2008   Page 3 of 3